9.  Any allegations of abuse or violation of this order shall be considered by the Court. If an allegation of abuse or violation of this order is found, the Court may take disciplinary action against the appropriate parties.

DATED this 14th day of March, 2008.

*Robert J. Bryan*
ROBERT J. BRYAN
United States District Judge

**FOURTH PROTECTIVE ORDER - Page 3**