1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT
DISTRICT OF IDAHO

ROBIN BARTOLUTTI, an individual

Plaintiff,

v.

MICHAEL B. MUKASEY, Attorney General
of the United States, in his official capacity,

Defendant.

Case No. C06-00513-E-RJB

ORDER DENYING
MOTION FOR
RECONSIDERATION

This matter comes before the court on the above referenced motion (Dkt. 61).  The court is familiar

with the records and files herein, including plaintiff's memorandum of law filed in support of the motion

(Dkt. 61-2).

The court is satisfied that the motion for reconsideration should be denied, but wishes to

supplement its Order on Summary judgment (Dkt. 58) with the following comments regarding plaintiff's

claim that she was required, as a result of unlawful discrimination by her supervisors, to participate in the

push-up portion of the FIT test, and injured herself as a result.

The record indicates that plaintiff chose to do the push-up portion of the test, as her supervisor

directed, because she *believed* that, if she refused to do the push-ups, "she would be placed on restricted

duty again and denied work," as had happened before.  It was not an adverse employment action for her

supervisors to expect her to do the test.  The fact that she *believed* that, if she refused, her refusal would

affect her duties and hours of work, does not convert a reasonable direction from her supervisors, based on

her full duty status, into an adverse employment action.  If, in fact, plaintiff refused to do the push-up part

ORDER
Page - 1

1   of the test, or if she failed the test, the U.S. Marshal's Service would, appropriately, determine the level of

2   duty that plaintiff was qualified for in light of her physical condition.  In fact, that was done following

3   plaintiff's FIT test; that decision was proper, and was not a discriminatory or retaliatory adverse

4   employment action.

5       Therefore, it is hereby

6       **ORDERED** that plaintiff's motion for reconsideration (Dkt. 61) is **DENIED**.

7       The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any

8   party appearing *pro se* at said party's last known address.

9       DATED this 30th day of April, 2008.

10

11

12

13

14                   ROBERT J. BRYAN

15                   United States District Judge

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER
Page - 2