UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| ROBIN BARTOLUTTI, an individual,<br><br>    Plaintiff,<br><br>vs.<br><br>MICHAEL B. MUKASEY, Attorney General of the United States, in his official capacity,<br><br>    Defendant. | Civil No. 06-0513-E-RJB<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

    Upon review of the Stipulation for Dismissal With Prejudice, and for good cause appearing therefor;

    **IT IS HEREBY ORDERED** that the complaint filed in the above-entitled matter be, and the same is hereby, **DISMISSED WITH PREJUDICE**, each party to bear their own costs and attorney fees.

    DATED this 20th day of May, 2008 .

*[signature]*
ROBERT J. BRYAN
United States District Judge